IN THE MATTER OF THE PETITION OF CARLOS SANTIAGO, ON BEHALF OF ALL OTHER INDIGENT PRISONERS WHO ARE CONFINED TO ANY JAIL OR PENITENTIARY IN THE STATE OF NEW JERSEY WHO WERE SENTENCED AFTER MAY 20, 1968 AND BEFORE JUNE 25, 1968 FOR A VIOLATION OF ANY SUBSECTION OF THE DISORDERLY PERSONS ACT, FOR A WRIT OF HABEAS CORPUS.

Superior Court of New Jersey
Appellate Division

Argued October 14, 1969—Decided October 23, 1969.

Before Judges KILKENNY, LABRECQUE and LEONARD.

*Mr. William Goldberg* argued the cause for appellant *(Messrs. Alan C. Antonucci* and *John J. Powers,* Directors, Hudson County Legal Services, attorneys).

*Mr. Abel Goldstein,* Assistant Prosecutor, argued the cause for respondent (*Mr. James A. Tumulty, Jr.,* Hudson County Prosecutor, attorney; *Messrs. Anthony M. DeFino* and *Charles D. Sapienza,* on the brief).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by Judge Artaserse in his opinion as reported in 104 *N. J. Super.* 110 (*Law Div.* 1968).